UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW GREATHOUSE | CIVIL ACTION |
| VERSUS | NO. 21-1819 |
| DAVID W. ARCENEAUX | SECTION: "L"(1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection timely filed by *pro se* plaintiff Matthew Greathouse to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim because defendant has sought monetary relief against defendant Judge David Arceneaux who, as a judicial officer, has absolute immunity from such relief for acts undertaken in his judicial capacity.

New Orleans, Louisiana, this 10th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE